GLENN A. PATERNOSTER, ESQ.
Nevada Bar No.: 5452
BRIAN E. LUNT, ESQ.
Nevada Bar No.: 11189
AARON & PATERNOSTER, LTD.
2300 W. Sahara Avenue, Suite 650
Las Vegas, Nevada 89102
Telephone: (702) 384-4111
Facsimile: (702) 387-9739
glenn@aaronpaternoster.com
brian@aaronpaternoster.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHAD RUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; a foreign corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; DOES 1 through 5, inclusive; ROE CORPORATIONS 1 through 5, inclusive; DOE INSURANCE COMPANIES 1 through 5, inclusive; ROE INSURANCE COMPANIES 1 through 5, inclusive,<br><br>    Defendants. | CASE NO.: 2:10-cv-01078-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

IT IS HEREBY STIPULATED AND AGREED by and between Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY and Plaintiff, CHAD RUGH, by and through their respective counsel, that the above-entitled Complaint, shall be dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees herein incurred.

DATED this 16th day of August, 2011.          DATED this 17th day of August, 2011.

AARON & PATERNOSTER, LTD.                    KOELLER NEBEKER CARLSON
                                              & HALLUCK, LLP

_____                    _____ NV 11143 For:
Glenn A. Paternoster, Esq.                   Ian P. Gillan, Esq.
Nevada Bar No. 5452                          Nevada Bar No. 9034
Brian E. Lunt, Esq.                          300 South Fourth Street, Suite 500
Nevada Bar No. 11189                         Las Vegas, Nevada 89101
2300 W. Sahara Avenue, Suite 650             *Attorneys for Defendant Liberty Mutual*
Las Vegas, Nevada 89102                      *Fire Insurance Company*
*Attorneys for Plaintiff*

### ORDER

PURSUANT TO THE FOREGOING STIPULATION, and good cause showing therefore, IT IS ORDERED that the above-entitled Complaint and numbered matter be, and the same hereby is, dismissed with prejudice, all parties to bear their own attorney's fees and costs.

**DATED** this 18th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

AARON & PATERNOSTER, LTD.

_____
GLENN A. PATERNOSTER, ESQ.
Nevada Bar No.: 5452
BRIAN E. LUNT, ESQ.
Nevada Bar No.: 11189
AARON & PATERNOSTER, LTD.
2300 W. Sahara Avenue, Suite 650
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*